# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie Lewis Reese,

    Petitioner,

JUDGMENT IN A CIVIL CASE

vs.

3:07-CV-507

United States of America,

    Respondent.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/16/2008 Order.

Signed: October 16, 2008

Frank G. Johns, Clerk
United States District Court