IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv507
(3:05cr241)

| | | |
|---|---|---|
| WILLIE LEWIS REESE, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Petitioner's post-judgment Motion for Documents Without Cost Pursuant to 28 U.S.C. § 2250. (Doc. No. 10).

Title 28 U.S.C. § 2250 provides that "[i]f on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk . . . shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending." However, at the time that Petitioner filed the instant Motion for Documents, his Motion to Vacate was had been dismissed as untimely filed, and was, thus, no longer was pending. Therefore, Petitioner's Motion for Documents will be denied.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion for Documents (Doc. No. 10) is **DENIED**.

Signed: September 3, 2010

Robert J. Conrad, Jr.
Chief United States District Judge